### HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1789.

#### HUDSON AND GOODWIN V. PATTEN.

The printing copies of a book for another and on his copyright, is the same, as though the other had printed them for himself.

ACTION upon the statute, entitled an act for the encouragement of literature and genius; for bringing into this state and selling 1,500 copies of Webster's Institute of English Grammar, of which they claimed the copyright; contrary to the statute, and in violation of their right, and demanding the penalty. Plea not guilty. Issue to the jury.

The case was—The plaintiffs had purchased of Mr. Webster the copyright of his Institute of English Grammar, to print and vend in this, and in all the New England states, and in the state of Vermont; to pay £5 for every thousand they should sell. One Campbell purchased of said Webster the copyright to print and sell as many as he could in a certain given time, in the state of New York, for £60. Campbell employs the plaintiffs to strike off 2,000 copies for him in sheets, he to pay for the printing and paper; which they did, and sent them to him in New York; the defendant goes to New York, purchases 1,500 of them in sheets, of Campbell, brings them to Hartford, binds and sells them.

Question was — Whether this was a proceeding contrary to the statute: Verdict for plaintiffs and £100 damages, and accepted by the court; for although the plaintiffs printed them at Hartford, yet they were for Campbell, and upon his copyright, and to be sold in the state of New York; it was therefore,

the same as though Campbell had printed them, in New York, on his own right, and the defendant had introduced them here.